

**Entered pursuant to Administrative Order No. 14-07:**
**Kenneth J. Hirz, Clerk of Bankruptcy Court**
**By: /s/ Kathleen Deger**
    **Deputy Clerk**

**Dated: 02:42 PM September 8 2016**

## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **10-55725** |
| **MICHAEL L and CARRIE A GRABEL** | ) | |
| | ) | ALAN M. KOSCHIK |
| Last 4 digits of SSN: **###-##-1505** | ) | BANKRUPTCY JUDGE |
| | ) | |
| Debtor(s) | ) | ORDER STOPPING EMPLOYER |
| | ) | DEDUCTIONS |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

    The Chapter 13 Trustee has advised the Court that the Chapter 13 Plan of the Debtor(s) has been completed and/or that this Chapter 13 case has been converted or dismissed. Accordingly, payroll deductions from the paycheck of the Debtor(s) should cease.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the

Debtor's employer, **US POSTAL SERVICE**, stop making deductions for the Debtor's

Chapter 13 plan

### 

Submitted by:

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072

cc:

| | |
|---|---|
| MICHAEL L GRABEL | CARRIE A GRABEL |
| 2881 12TH STREET | 2881 12TH STREET |
| CUYAHOGA FALLS, OH 44223 | CUYAHOGA FALLS, OH 44223 |
| (Via Regular Mail) | (Via Regular Mail) |

**ROBERT W HEYDORN** (via ECF)

Keith L. Rucinski, Chapter 13 Trustee(via ECF)

**US POSTAL SERVICE
(IS/ASC)
2825 LONE OAK PKWY
EAGAN, MN 55121-**
(via Regular Mail)

Office of the US Trustee (via ECF)

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072