# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE:

MICHAEL L GRABEL
CARRIE A GRABEL
          Debtor(s)

) CHAPTER 13
) CASE NO: 10-55725
)
) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
)
) NOTICE OF FINAL CURE
) PAYMENT AND COMPLETION
) OF PAYMENTS UNDER THE
) PLAN WITH 21 DAY NOTICE
) TO MORTGAGE CREDITORS
)
) TRUSTEE'S REQUEST FOR
) THE COURT TO ISSUE A
) DISCHARGE IN CHAPTER 13
) CASE

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

Now comes Keith L. Rucinski, Chapter 13 Trustee, and pursuant to Fed. Bankr. Rule 3002.1(f) gives notice that the Debtor(s) in the above Chapter 13 case has/have submitted funds to complete payment to all creditors who have filed a claim(s) in the above Chapter 13 plan confirmed in this case on 04/29/2011.

Further, all amounts required to be paid to all creditors on their respective claim(s), including all amounts necessary to cure mortgage arrearages, have been paid. The monthly on going mortgage payment was to be paid directly (outside the plan) by the Debtor(s). Within 21 days of the service of this Notice, the mortgage creditor(s) must file and serve same on the Debtor, Debtor(s) counsel and the Trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the Debtor(s) has paid in full the amount required to cure the default and whether, consistent with § 1322(b)(5), the debtor is otherwise current on all payments or be subject to further action of the Court including

possible sanctions.

Additionally, the Trustee hereby requests that if no objection is timely filed, the Clerk of Court be authorized and directed to enter a discharge of Debtor(s) in this case.

**In accordance with 11 USC Section 102, unless a party in interest objects to the Trustee's Request for the Court to Issue a Discharge in this Chapter 13 case and files a written request for hearing before the Court within 30 days from the date in the below certificate of service, the Trustee's request shall be granted and the Court will issue an order of discharge. Objections must be served on all parties in the below certificate of service. Objections must be filed with the United States Bankruptcy Court at:**

**United States Bankruptcy Court
2 South Main Street
455 John F. Seiberling Federal Building
Akron, OH 44308**

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
Email: **krucinski@ch13akron.com**

CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to:

**MICHAEL L GRABEL
2881 12TH STREET
CUYAHOGA FALLS, OH
44223
(Via Regular Mail)**

**CARRIE A GRABEL
2881 12TH STREET
CUYAHOGA FALLS, OH
44223
(Via Regular Mail)**

**ROBERT W HEYDORN** , at **bobheydorn@hotmail.com**
(via ECF)

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

Keith L. Rucinski, Chapter 13 Trustee, at efilings@ch13akron.com
(via ECF)

Office of the US Trustee (via ECF)

All creditors per attached list (via Regular Mail)

Date of Service: **9/8/2016**   By: **Eric Hoffert**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308

(330) 762-6335
Fax
(330) 762-7072

| | | |
|---|---|---|
| GRABEL, MICHAEL L<br>GRABEL, CARRIE A<br>2881 12TH STREET<br>CUYAHOGA FALLS, OH 44223 | ROBERT W HEYDORN<br>527 PORTAGE TRAIL<br>CUYAHOGA FALLS, OH 44221-2838 | NUVELL CREDIT COMPANY LLC<br>PO BOX 78367<br>PHOENIX, AZ 85062 |
| US BANK NA<br>4801 FREDERICA ST<br>OWENSBORO, KY 42301 | CITY OF CUYAHOGA FALLS<br>LAW DEPARTMENT<br>2310 SECOND STREET<br>CUYAHOGA FALLS, OH 44221 | REGIONAL INCOME TAX AGENCY<br>ATTN LEGAL DEPARTMENT<br>PO BOX 470537<br>BROADVIEW HEIGHTS, OH 44147 |
| ECAST SETTLEMENT CORPORATION<br>PO BOX 29262<br>NEW YORK, NY 10087-9262 | CITY OF CUYAHOGA FALLS<br>UTILITY BILLING OFFICE<br>MUNICIPAL BLDG 2310 SECOND ST<br>CUYAHOGA FALLS, OH 44221-2583 | PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY ASSOCS<br>PO BOX 41067<br>NORFOLK, VA 23541 |
| GLOBAL CONTROL<br>PO BOX 750<br>GENEVA, OH 44041-0750 | ECMC<br>PO BOX 16408<br>ST PAUL, MN 55116-0408 | DOMINION EAST OHIO GAS<br>PO BOX 25339<br>RICHMOND, VA 23260 |