THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **10-55725**
**MICHAEL L GRABEL** )
**CARRIE A GRABEL** ) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
)
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED
FUNDS

---

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **CITY OF CUYAHOGA FALLS**
   **Check 186425**
   **Claim #07-1**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$186425** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/7/2016**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**MICHAEL L GRABEL**  
**2881 12TH STREET**  
**CUYAHOGA FALLS, OH 44223**  
**(Via Regular Mail)**

**CARRIE A GRABEL**  
**2881 12TH STREET**  
**CUYAHOGA FALLS, OH 44223**  
**(Via Regular Mail)**

**ROBERT W HEYDORN (via ECF)**

**CITY OF CUYAHOGA FALLS**  
**UTILITY BILLING OFFICE**  
**MUNICIPAL BLDG 2310 SECOND ST**  
**CUYAHOGA FALLS, OH 44221-2583**  
**(via Regular Mail)**

Date of Service: **12/7/2016**   By: **Natalie Everly**  
Office of the Chapter 13 Trustee

**CHAPTER 13**  
Keith L. Rucinski  
Trustee  
1 Cascade Plaza  
Suite 2020  
Akron, Oh 44308  
(330) 762-6335  
Fax  
(330) 762-7072